## Case No. 353.

ANDERSON'S CASE.

[2 Cranch, C. C. 243.][1]

Circuit Court, D. Columbia. May Term, 1821.

INSOLVENCY—DISCHARGE—ARREST FOR PRIOR DEBT.

A debtor, discharged under the insolvent act, cannot be arrested for a debt contracted before his discharge, although not payable till after his discharge.

James Anderson, who had been discharged under the act of congress, for the relief of insolvent debtors within the District of Columbia, was arrested for a debt contracted before his discharge, but payable after his discharge.

On motion of his counsel, Mr. Fendall, THE COURT ordered him to be discharged from the arrest, upon entering his appearance without bail.